Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

v.                                          Crim. No. 4:01CR00111-01 GH

ANTHONY CHARLES STARLING

     On December 16, 2002, the above-named defendant was sentenced for the offense of conspiracy to distribute more than 5 kilograms of cocaine hydrochloride to a prison term of 35 months, with a 4-year term of supervised release to follow. In addition, the following special conditions were ordered: substance abuse treatment, mandatory drug testing, financial disclosure, $12,500 fine and a $100 special penalty assessment.

Upon release from prison the defendant began supervision on July 16, 2004, in the Northen District of Texas. Substance abuse treatment was successfully completed on September 30, 2004, and fine was paid in full on February 10, 2006. Mr. Starling has maintained employment and a stable residence. He has not had any violations and has been compliant with all conditions imposed. Mr. Starling has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Starling meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U. S. C. § 3583 (e)(1); additionally, he has completed 21 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

_____
Audrene Ellis
U.S. Probation Officer

Agree _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __10__ day of __May__, __2006__.

_____
Honorable George Howard, Jr.
U.S. District Judge